# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LUIS ALVERTO LOBO-CARCAMO,

    Petitioner,

v.	CASE NO: 8:08-cv-2153-T-30-EAJ
    Crim. Case No: 8:07-cr-151-T-30-EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

# **ORDER**

THIS CAUSE came before the Court for an evidentiary hearing on September 10, 2009, to determine whether counsel fulfilled his constitutional duty to consult with Petitioner to make a reasonable effort to determine Petitioner's wishes regarding the filing of an appeal. After hearing testimony, the Court finds that counsel did consult with Petitioner the day after sentencing regarding Petitioner's rights and that Petitioner knowingly decided not to file an appeal. Ground two of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 will therefore be denied.

It is therefore ORDERED AND ADJUDGED that:

1. Ground two in Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (CV Dkt. 1) is DENIED.

2. Since ground one was previously denied by this Court, the Clerk is directed to enter judgment for Respondent, United States of America, terminate any pending motions,

and close this case.

3. The Clerk is directed to terminate from pending status the motion to vacate found at Dkt.#219, in the underlying criminal case, case number 8:07-cr-151-T-30EAJ.

**DONE** and **ORDERED** in Tampa, Florida on September 11, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2008\08-cv-2153.evid hrg.wpd